NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VANGUARD IDENTIFICATION SYSTEMS, INC.,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

*and*

**BANK OF AMERICA CORPORATION,**
*Appellee.*

---

2010-1371
(Reexamination No. 95/000,034)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

GARY A. ROSEN, Law Offices of Gary A. Rosen, P.C., of Philadelphia, Pennsylvania, argued for appellant.

MARY L. KELLY, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee David J. Kappos, Director, United States Patent and Trademark Office. With her on the brief were RAYMOND T. CHEN, Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

JAMES P. MCLOUGHLIN, JR., Moore & Van Allen, PLLC, of Charlotte, North Carolina, argued for appellee Bank of America Corporation. With him on the brief was J. MARK WILSON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, FRIEDMAN, and LOURIE, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| January 24, 2011 | _ /s/ Jan Horbaly_____ |
|---|---|
| Date | Jan Horbaly |
| | Clerk |